# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, THE LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, THE NATIONAL ELECTRICAL INDUSTRY FUND, AND THE CONTRACT COMPLIANCE FUND,<br><br>    Plaintiffs,<br><br>  v.<br><br>MISSION GATE ENTERPRISES, INC., a California corporation dba "MISSION GATE ELECTRICAL CONTRACTORS,"<br><br>    Defendant. | CASE NO.: CV 09-9392 GAF (CWx)<br><br>ASSIGNED TO THE HONORABLE JUDGE GARY A. FEESS<br><br>**JUDGMENT** |

-1-

JUDGMENT

[Proposed] Judgment.docx

1  The Court, having considered Plaintiffs' motion for default judgment, as well as the evidence and the authorities provided therein, hereby grants Plaintiffs' Motion for Default Judgment.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National IBEW-NECA Labor-Management Cooperation Committee, the Los Angeles Electrical Workers Credit Union, the National Electrical Industry Fund, and the Contract Compliance Fund, shall recover from Mission Gate Enterprises, Inc., a California corporation dba "Mission Gate Electrical Contractors," the principal amount of $64,704.68, together with attorneys' fees of $11,134.00, and costs of $821.09, plus post-judgment interest as provided by law from the date of entry of judgment herein until the date the judgment is paid in full.

Dated: June 19, 2012

_____
UNITED STATES DISTRICT JUDGE

[Proposed] Judgment.docx